IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alonzo Johnson, :
:
    Plaintiff(s), :
: Case Number: 1:19cv384
vs. :
: Judge Susan J. Dlott
Ohio Department of Rehabilitations and
Corrections, et al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 31, 2019 a Report and Recommendation (Doc. 2). Subsequently, the plaintiff filed objections to such Report and Recommendation (Docs. 3 and 5).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff is ORDERED to pay the full $400 fee ($350 filing fee and $50 administrative fee) required to commence this action within 30 days. Plaintiff is hereby notified that his failure to pay the $400 fee within 30 days will result in the dismissal of this action. *See In re Alea,* 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order

adopting the Report and Recommendation will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

  IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court