IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alonzo Johnson,

    Plaintiff(s)

vs.

Ohio Department of Rehabilitation, et al.,

    Defendant(s)

Case Number: 1:19cv384

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 5, 2019 Report and Recommendations (Doc. 7). Subsequently, the plaintiff filed a motion for reconsideration (Doc 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this case is DISMISSED for lack of prosecution. The motion for reconsideration is DENIED as moot.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court